UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) Case No. 05-368M <br> v. ) <br> ) <br> JUAN MAYA-ANGEL, ) DETENTION ORDER <br> ) <br> Defendant. ) <br> _____ ) | |

<u>Offense charged</u>:

Distribution of heroin in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and 846.

<u>Date of Detention Hearing</u>:  July 25, 2005

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1)   Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that defendant is a flight risk and a danger to the community based on the nature of the pending charges. No conditions would reasonably assure the presence of defendant at the time of trial, and defendant has not overcome these presumptions.

(2)   The pretrial services report of July 25, 2005, reveals that defendant is a native and citizen of Mexico.

(3) Defendant entered the United States illegally approximately four years ago, and has been living in Seattle for the past one and one-half years. Prior to living in Seattle, Mr. Maya-Angel was living in San Francisco, California.

(4) Defendant has no current income source.

(5) Defendant has no ties to this community or to the Western District of Washington.

(6) An immigration detainer has been lodged against the defendant by the Immigration and Customs Enforcement Agency.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 26th day of July, 2005.

/s/ James P. Donohue

JAMES P. DONOHUE
United States Magistrate Judge